UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------x
)
NOVARTIS CORPORATION )
    and )
NOVARTIS PHARMACEUTICALS )
    CORPORATION, )
)
        Plaintiffs, )
)
v. ) CIVIL ACTION NO: 01-1442 (SEC)
)
BIOVAIL LABORATORIES, INC. )
    and )
BIOVAIL CORPORATION )
    INTERNATIONAL, )
)
        Defendants. )
------------------------------------------------------x

## FINAL JUDGMENT

It is this 2ᴰ day of OCT., 2001; ORDERED and ADJUDGED that:

1. Plaintiff's complaint is dismissed with prejudice.

SO ORDERED:

Dated: OCT. 2, 2001

Salvador E. Casellas
United States District Judge

NY_MAIN 200401 v 1


